# EXHIBIT 1

James Neal Tilson
JAMES NEAL TILSON
ATTORNEY AT LAW, P.C.
141 South Madison Avenue
Yuma, Arizona 85364
telephone 928.782.0412
facsimile 928.328.8006
email james@jamesnealtilson-attorneyatlaw.com
State Bar No. 020041

Attorney for Plaintiffs

FILED

2011 DEC 15 PM 2: 49

LYNN FAZZ
CLERK OF SUPERIOR COURT
YUMA ARIZONA 85364

IN THE SUPERIOR COURT

COUNTY OF YUMA, STATE OF ARIZONA

DIV
4

| | |
|---|---|
| LYNN TILSON and JAMES TILSON, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> U. S. BANK NATIONAL ASSOCIATION, a Business Entity, form unknown; WELLS FARGO BANK N. A., an Arizona Corporation, form unknown; AMERICA'S SERVICING COMPANY, INC., a business entity, form unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: S-1400-CV-2011-01554 <br><br> MOTION FOR TEMPORARY RESTRAINING ORDER <br><br> (Oral Argument Requested) <br><br> TRUSTEE SALE DATE: December 19, 2011 |

Plaintiff herein, by and through undersigned counsel, hereby moves the Court, pursuant to the provisions of Rule 65(d), Ariz.R.Civ.P., to issue forthwith a temporary restraining order,

1     This Motion is supported by the accompanying Memorandum of Points and Authorities

2     and the Affidavits of James Neal Tilson and Lynn Tilson submitted herewith, which are

3     incorporated herein by this reference.

4     RESPECTFULLY SUBMITTED this 15th day of December 2011.

6                   By: _____

7                        JAMES NEAL TILSON

                        ATTORNEY AT LAW, P.C.

8                         Counsel for Plaintiffs

1  James Neal Tilson
   JAMES NEAL TILSON
2  ATTORNEY AT LAW, P.C.
   141 South Madison Avenue
3  Yuma, Arizona  85364
   telephone 928.782.0412
4  facsimile  928.328.8006
   email james@jamesnealtilson-attorneyatlaw.com
5  State Bar No. 020041

6  Attorney for Plaintiffs

7

FILED

2011 DEC 15  PM 2:58

LYNN FAZZ
CLERK OF SUPERIOR COURT
YUMA ARIZONA 85364

8                    IN THE SUPERIOR COURT

9             COUNTY OF YUMA, STATE OF ARIZONA

10

11  LYNN TILSON and JAMES TILSON,      )   Case No.: S-1400-CV-2011-01554
                                       )
12  husband and wife,                  )
                                       )
13                  Plaintiffs,        )   MEMORANDUM IN SUPPORT OF
                                       )   PLANTIFFS' EX PARTE APPLICATON
14  vs.                                )   FOR ORDER TO SHOW CAUSE AND
                                       )   TEMPORARY RESTRAIING ORDER
15  U. S. BANK NATIONAL ASSOCIATION, a )
                                       )
16  Business Entity, form unknown; WELLS )
                                       )
17  FARGO BANK N. A., an Arizona       )
                                       )   TRUSTEE SALE DATE:  December 19, 2011
18  Corporation, form unknown; AMERICA'S )
                                       )
19  SERVICING COMPANY, INC., a business )
                                       )
20  entity, form unknown; and DOES  1 through )
                                       )
21  50, inclusive,                     )
                                       )
22                  Defendants.        )
                                       )
23  _____)

24           MEMORANDUM OF POINTS AND AUTHORITIES

25                      INTRODUCTION


                        Motion to Set Aside - 1

1   COMES NOW, Plaintiffs LYNN TILSON and JAMES TILSON ("Plaintiffs") and file

2   their Motion for Temporary Restraining Order pursuant to Rule 65(d), Ariz.R.Civ.P., against the

3   listed Defendants.

4      A temporary restraining order is appropriate to maintain the status quo.  Plaintiffs home

5   will be sold within the next week and Plaintiffs are subject to eviction actions, without

6   immediate intervention from this Court.

7                          ## A. STATEMENT OF FACTS

8      For years, mortgage brokers and lenders have been selling loan products that they knew

9   or should have known would never be able to be repaid by the borrower and would prevent

10  borrowers from ever actually owning the home. Instead, borrowers were offered interest-only,

11  negative amortization, and/or other subprime loan products that amounted to no more than a

12  short term lease until the payments became so unaffordable that the borrowers are now faced

13  with either bankruptcy or foreclosure. The housing bubble of the past decade was created by

14  predatory lending practices, such as charging excessive fees, incorporating payment penalties,

15  negative amortization payments, or other abusive terms in the agreements, providing kickbacks

16  to brokers, flipping loans, using balloon payments to conceal the true burden of the financing,

17  requiring unnecessary insurance and other products, including mandatory arbitration clauses,

18  steering borrowers to subprime loans when they qualify for conventional loans, and using bait

19  and switch tactics. All were rampant within the industry without oversight or good judgment

20  and found to be inconsistent with important national objectives, including the goals of fair

21  access to credit, community development, and stable homeownership by the broadest spectrum

22  of America. Rather than offering a loan product that was viable and long-term for the borrower

23  and lender, brokers and lenders greedily sold whatever they could get away with, arguably the

24  primary catalyst for what is now this country's worst economic crisis since the Great

25  Depression.

1    The loan product sold to Plaintiff in this case was exactly the kind of loan that has

2    contributed to our national problem. The Defendants were aware of this trend, and possessed the

3    foresight to advise Plaintiff of this risk. They intentionally concealed the negative implications

4    of the loan they were offering, and as a result, Plaintiff face the potential of losing their home to

5    the very entity and entities who placed them in this position.

6        On or about October 13, 2006 (hereinafter referred to as "Closing Date") Plaintiff

7    entered into a consumer credit transaction with U. S. BANK NATIONAL ASSOCIATION by

8    obtaining a $530,000.00 mortgage loan secured by Plaintiff's principal residence, (Subject

9    Property). This note was secured by a First Trust Deed on the Property in favor of U. S. BANK

10   NATIONAL ASSOCIATION.

11       The terms of the finance transaction with U. S. BANK NATIONAL ASSOCIATION are

12   not clear or conspicuous, nor consistent, and are illegal which violates several statutes and is in

13   essence creates an illegal loan. Further, this loan was underwritten without proper due diligence

14   by U. S. BANK NATIONAL ASSOCIATION as evidenced by their failure to verify borrower's

15   income utilizing signed IRS Income Tax Disclosure Form 4506T which would have provided

16   past borrower tax returns. U. S. BANK NATIONAL ASSOCIATION also used a "GDW Cost

17   of Savings" as the Index for the basis of this loan, because the Lender controls this Index and it

18   is directly based upon the average rate of interest U. S. BANK NATIONAL ASSOCIATION

19   parent company.

20       In addition, and unbeknownst to Plaintiffs', U. S. BANK NATIONAL ASSOCIATION

21   illegally, deceptively and/or otherwise unjustly, qualified Plaintiff for a loan which U. S. BANK

22   NATIONAL ASSOCIATION knew or should have known that Plaintiff could not qualify for or

23   afford by, for example, the underwriter has approved this loan based upon credit scores and the

24   borrower's Stated Income only. Had U. S. BANK NATIONAL ASSOCIATION used a more

25   accurate and appropriate factor, such as Tax Forms and a more determinative level of scrutiny of

1    determining comply with the requirement to provide Plaintiff with a Mortgage Loan Origination

2    Agreement the debt to income ratio, Plaintiff would not have qualified for the loan in the first

3    place. Consequently, U. S. BANK NATIONAL ASSOCIATION sold Plaintiff a loan product

4    that it knew or should have known would never be able to be fully paid back by Plaintiff. U. S.

5    BANK NATIONAL ASSOCIATION ignored long-standing economic principals of

6    underwriting and instead, knowingly, liberally, greedily and without any regard for Plaintiff's

7    rights sold Plaintiff a deceptive loan product.

8                    B. THE STANDARD FOR INJUNCTIVE RELIEF IS SATISFIED

9                    A party seeking a preliminary injunction traditionally must establish four criteria:

10   (1) a strong likelihood of success on the merits, (2) the possibility of irreparable injury if the

11   requested relief is not granted, (3) a balance of hardships favoring that party, and (4) public

12   policy favoring a grant of the injunction. *Shoen v Shoen*, 167 Ariz. 58, 63, 804 P.2d 787, 792

13   (App.1990). A court applying this standard may apply a "sliding scale." *Smith v Ariz Citizens*

14   *Clean Elections Comm'n,* 212 Ariz. 407, 410, ¶ 10, 132 P.3d 1187, 1190 (2006). In other words,

15   "the moving party may establish either 1) probable success on the merits and the possibility of

16   irreparable injury; or 2) the presence of serious questions and [that] 'the balance of hardships

17   tip[s] sharply' in favor of the moving party " *Id.* at 411, ¶ 10, 132 P.3d at 1191 (citing *Shoen,* 167

18   Ariz. at 63, 804 P.2d at 792).

19              I. PLAINTIFFS FACE IRREPARABLE INJURY, AND ISSUE PRESENTS A

20                    SERIOUS QUESTION OF LAW AND EQUITY.

21              The foreclosure sale and/or any further transfer of ownership or encumbrance must be

22   enjoined because the Plaintiffs will face irreparable injury if the trustee sale takes place. Real

23   estate in unique, and cannot be replaced. The trustee sale will divest Plaintiffs of their property

24   with no other remedy at law available. The issues presented by Plaintiffs are serious and are of

25   nation-wide import. A Complaint based on the allegations herein should be allowed, and the

1  status quo should be preserved pending the filing of a Complaint, and afford the Defendants an

2  opportunity to Answer in opposition.

3  CONCLUSION

4      Plaintiffs request that this Court issue a temporary restraining order to restrain until a

5  hearing on the order to show cause why Defendants and their employees, agents, and persons

6  acting with them on their behalves should not be enjoined from transferring ownership of or

7  further encumbering Plaintiffs' Property.

8      DATED this 15th day of December 2011.

9

10                      By: _____

11                         JAMES NEAL TILSON

                       ATTORNEY AT LAW, P.C.

12                         Counsel for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

James Neal Tilson
JAMES NEAL TILSON
ATTORNEY AT LAW, P.C.
141 South Madison Avenue
Yuma, Arizona 85364
telephone 928.782.0412
facsimile 928.328.8006
email james@jamesnealtilson-attorneyatlaw.com
State Bar No. 020041

Attorney for Plaintiffs

FILED

2011 DEC 15  PH 2: 58

LYNN FAZZ
CLERK OF SUPERIOR COURT
YUMA ARIZONA 85364

IN THE SUPERIOR COURT

COUNTY OF YUMA, STATE OF ARIZONA

| | |
|---|---|
| LYNN TILSON and JAMES TILSON, husband and wife,<br><br>                Plaintiffs,<br><br>vs.<br><br>U. S. BANK NATIONAL ASSOCIATION, a Business Entity, form unknown; WELLS FARGO BANK N. A., an Arizona Corporation, form unknown; AMERICA'S SERVICING COMPANY, INC., a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.: S-1400-CV-2011-01554<br><br>AFFIDAVIT OF LYNN TILSON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE |

I, Lynn Tilson, being duly sworn, upon oath, deposes and says as follows:

1. I am Lynn Tilson, and make this Affidavit in support of Plaintiffs Motion for Temporary Restraining Order without Notice herein. The statements made in this Affidavit are based upon my own personal knowledge.

2. I am the owner of the real estate located at 115 West 4th Street, Yuma, Arizona, 85364.

3. I have been given notice of Defendants' intention to foreclose upon my property at 115 West 4th Street, based upon their allegation of interest in that property from a loan that they hold with me as the debtor.

4. I have been given notice that the Defendants intend to execute a trustee sale of said property on December 19, 2011.

5. Until just last week, I did not know that I had a cause of action against the intentions of the Defendants.

6. Last week, after consultation with learned counsel from out of state, I began to research the possibility of pursuing said cause of action.

7. As of this time, I believe that I have a cause of action against the various Defendants in this action, however, I will need more time in which to gather the requisite evidence to support a Complaint and Motion for Preliminary Injunction.

DATED this 15th day of December 2011.

By: _____
Lynn Tilson

SUBSCRIBED AND SWORN TO before me this 15th day of December, 2011.

_____
Notary Public

My Commission Expires:



OFFICIAL SEAL
LYDIA RODRIGUEZ
Notary Public - State of Arizona
YUMA COUNTY
My Comm. Expires Jan. 10, 2013

FILED

2011 DEC 15 PM 2:58

LYNN FAZZ
CLERK OF SUPERIOR COURT
YUMA ARIZONA 85364

1  James Neal Tilson
   JAMES NEAL TILSON
2  ATTORNEY AT LAW, P.C.
   141 South Madison Avenue
3  Yuma, Arizona 85364
   telephone 928.782.0412
4  facsimile 928.328.8006
   email james@jamesnealtilson-attorneyatlaw.com
5  State Bar No. 020041

6  Attorney for Plaintiffs

7

8                      IN THE SUPERIOR COURT

9              COUNTY OF YUMA, STATE OF ARIZONA

10

11  LYNN TILSON and JAMES TILSON,      )  Case No.: S-1400-CV-2011- 01554
                                       )
12  husband and wife,                  )
                                       )
13           Plaintiffs,               )  AFFIDAVIT OF JAMES NEAL TILSON IN
                                       )  SUPPORT OF MOTION FOR TEMPORARY
14  vs.                                )  RESTRAINING ORDER WITHOUT
                                       )  NOTICE
15  U. S. BANK NATIONAL ASSOCIATION, a )
                                       )
16  Business Entity, form unknown; WELLS )
                                       )
17  FARGO BANK N. A., an Arizona       )
                                       )
18  Corporation, form unknown; AMERICA'S )
                                       )
19  SERVICING COMPANY, INC., a business )
                                       )
20  entity, form unknown; and DOES 1 through )
                                       )
21  50, inclusive,                     )
                                       )
22           Defendants.               )
                                       )
23  _____)

24        I, James Neal Tilson, being duly sworn, upon oath, deposes and says as follows:

25

1.  I am James Neal Tilson, and make this Affidavit in support of Plaintiffs Motion for Temporary Restraining Order without Notice herein. The statements made in this Affidavit are based upon my own personal knowledge.

2.  I am the husband of Lynn Tilson, and the attorney for her and myself as Plaintiffs in this matter.

3.  Last week, after a casual conversation, I became aware of a new cause of action based upon the predatory lending practices of financial institutions during the last decade which, at least in part, led to the massive economic downturn of this country and the growing number of real estate foreclosures.

4.  After consultation with learned counsel from out of state, I began to research the possibility of pursuing said cause of action, and the evidence necessary for a Complaint based upon that cause of action

5.  I now believe that the Plaintiffs have a valid cause of action based upon the Memorandum of Points and Authorities incorporated herein, however, I have not had enough time to gather the evidence necessary for a Complaint and Motion for Preliminary Injunction.

6.  In their Notice of Trustee Sale (Exhibit 1), the Defendants have not included any phone numbers, nor contact information for any attorneys. All of the addresses listed are from out of state. Therefore, I would not be able to give Notice to the Defendants, nor speak to any attorneys for any of the various Defendants, prior to the trustee sale scheduled for December 19, 2011.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 15th day of December 2011.

By: _James Neal Tilson_

James Neal Tilson

SUBSCRIBED AND SWORN TO before me this 15th day of December, 2011.



Notary Public

My Commission Expires:

OFFICIAL SEAL
LYDIA RODRIGUEZ
Notary Public - State of Arizona
YUMA COUNTY
My Comm  Expires Jan. 10, 2013

2011-20920 NTC. OF TRUSTEE'S SALE
09/14/2011 03:42:46 PM Page 1 of 3 Fees: $13 00
Recorded By: Donna Shepard, Robyn Stallworth
Pouquette County Recorder Yuma County, AZ

Recording Requested By:
First American Title Insurance Company

When Recorded Mail To:
First American Title Insurance Company
6 Campus Circle, 2nd Floor
Westlake, TX 76262
877-276-1894

191562

TS No.:            AZ1100234310
VA/PHA/PMI No.:
TSG No:            5803774

## NOTICE OF TRUSTEE SALE

The following legally described trust property will be sold, pursuant to the power of sale under that certain Deed of Trust recorded on **10/13/2006** in Instrument number 2006-41638, book number , at page , records of Yuma County, Arizona, WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT (in lawful money of the United States) ON THE STEPS AT THE EAST ENTRANCE OF THE YUMA COUNTY COURTHOUSE, 168 SOUTH 2ND AVENUE, YUMA AZ on **12/19/2011** at 10:00 A.M. of said day:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

PROPERTY ADDRESS: 115 W 4TH ST, YUMA, AZ 85364

TAX PARCEL No.:     633-51-085

ORIGINAL PRINCIPAL BALANCE: $260,000.00

NAME AND ADDRESS OF BENEFICIARY:
U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC4 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.
c/o AMERICA'S SERVICING COMPANY
3476 STATEVIEW BLVD. BANKRUPTCY MAC # 7801-014
FT. MILL, SC 29715

NAME AND ADDRESS OF TRUSTEE:
First American Title Insurance Company
6 Campus Circle, 2nd Floor
Westlake, TX 76262

NAME AND ADDRESS OF ORIGINAL TRUSTOR:
LYNN TILSON,
115 W 4TH ST
YUMA, AZ 85364

Page 1

2011-20920 TRSL
09/14/2011 03:42:46 PM Page 2 of 3

APN No ·          633-51-085
TS No :          AZ1100234310
FHA/VA/PMI No.:

**ARIZONA**

**NOTICE OF TRUSTEE SALE – PAGE 2**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designations, if any, shown herein Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the unpaid principal balance of the note(s) secured by said Deed of Trust, with interest thereon as provided in said note(s) advances, if any, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee.

First American Title Insurance Company
6 Campus Circle, 2nd Floor
Westlake, TX 76262
877-276-1894

Dated:   Sep 14, 2011

*Wendy Randall*

**WENDY RANDALL**

The successor Trustee appointed herein qualifies as a Trustee of the Trust Deed in the Trustee's capacity as a title insurance company as required by Arizona Revised Statutes Section 33-803, Subsection (A)(I).

This company may be assisting the Beneficiary to collect a debt and any information we obtain may be used for that purpose whether received orally or in writing.

If available, the expected opening bid and/or postponement information may be obtained by calling the following telephone number on the day before the sale: (916)939-0772

NAME OF TRUSTEE'S REGULATOR. Arizona Department of Insurance.

State Of  CALIFORNIA                    }
County Of: Orange            }

On _____ Sep 14 _____ 2011 before me, _____ Leslie Lennert _____, Notary Public, personally appeared  WENDY RANDALL. _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____*Leslie Lennert*_____

LESLIE LENNERT
Commission # 1879114
Notary Public - California
Orange County
My Comm. Expires Feb 2, 2014

Page: 2

TS No.: AZ1100234310

EXHIBIT "A"

THE FOLLOWING DESCRIBED TRACT OF LAND IN YUMA COUNTY, STATE OF ARIZONA, SUBJECT TO ENCUMBRANCES OWNED THEREON, TO-WIT

LOT 1, BLOCK 116, OF CITY OF YUMA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YUMA COUNTY, ARIZONA RECORDED IN BOOK 1 OF PLATS, PAGE 19

THE DERIVATION OF SAME BEING

THE SAME BEING PROPERTY CONVEYED BY DEED EXECUTED BY LYNN TILSON, A MARRIED WOMAN, ON 5-17-2006, AS RECORDED ON 5-17-2006 AT BOOK/LIBER , PAGE/FOLIO, INSTRUMENT NO 2006-20568 IN THE LAND RECORDS OF YUMA COUNTY

PARCEL IDENTIFICATION NUMBER 635-51-085

# EXHIBIT 2



**Snell & Wilmer**
——L.L.P.——
LAW OFFICES

One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
SALT LAKE CITY
TUCSON

Gregory J. Marshall
602.382.6514
gmarshall@swlaw.com

January 24, 2012

U.S. District Court of Arizona
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 130, SPC 1
Phoenix, AZ 85003-2118

      Re:    *Lynn and James Tilson v. U.S. Bank National Association, et al.*
             **Yuma County Superior Court Case No. S-1400-CV-2011-01554**

To Whom It May Concern:

     I am counsel for U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC4, and have authority to act on behalf of U.S. Bank in the litigation identified above.  On behalf of U.S. Bank, I consent to removal of this action to the Federal Court.

                  Very truly yours,

                  Snell & Wilmer

                  Gregory J. Marshall

GJM:sd
14388873.1

# EXHIBIT 3

1   Gregory J. Marshall (#019886)
    Jefferson R. Hayden (#026264)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren
    Phoenix, AZ  85004-2202
4   Telephone: (602) 382-6000
    gmarshall@swlaw.com
5   jhayden@swlaw.com
    Attorneys for Defendant Wells Fargo Bank, N.A.

6

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8             **IN AND FOR THE COUNTY OF YUMA**

9
    LYNN TILSON and JAMES TILSON,      Case No. S1400 CV2011-01554
10  husband and wife,
                         **NOTICE OF REMOVAL**
11            Plaintiffs,

12  v.

13
    U.S. BANK NATIONAL ASSOCIATION,
14  a Business Entity, form unknown; WELLS
    FARGO BANK, N.A., an Arizona
15  Corporation, form unknown; AMERICA'S
    SERVICING COMPANY, INC., a
16  business entity, form unknown; and DOES
    1 thorugh 50, inclusive,
17
            Defendants.
18

19
20  **TO:**   **THE CLERK OF THE SUPERIOR COURT AND ALL PARTIES
          HERETO AND THEIR ATTORNEYS**

21       Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), also erroneously sued as

22  America's Servicing Company, Inc., a division of Wells Fargo, gives notice of removal of

23  this action from the Yuma County Superior Court, to the United States District Court for

24  the District of Arizona, Phoenix Division.  A copy of the Notice of Removal filed with the

25  United States District Court for the District of Arizona is attached as Exhibit A.  Pursuant

26  to 28 U.S.C. § 1446(d), this Court shall proceed no further with this action.

27

28  ....

DATED this 24th day of January, 2012.

SNELL & WILMER L.L.P.

By

Gregory J. Marshall (#019886)
Jefferson R. Hayden (#026264)
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendant Wells Fargo Bank, N.A.

**ORIGINAL** of the foregoing sent for
filing via Federal Express
this 24th day of January, 2012.

**COPY** of the foregoing e-mailed and
mailed this 24th day of January, 2012, to:

James Neal Tilson, Esq.
James Neal Tilson Attorney at Law, P.C.
141 South Madison Avenue
Yuma, AZ 85364
james@jamesnealtilson-attorneyatlaw.com
Attorney for Plaintiffs

14328973.2

# EXHIBIT 4

FILED

2011 DEC 15  PM 4:00

LYNN FAZZ
CLERK OF SUPERIOR COURT
YUMA ARIZONA 85360

1   James Neal Tilson
JAMES NEAL TILSON
2   ATTORNEY AT LAW, P.C.
141 South Madison Avenue
3   Yuma, Arizona  85364
telephone 928.782.0412
4   facsimile  928.328.8006
email james@jamesnealtilson-attorneyatlaw.com
5   State Bar No  020041

6   Attorney for Plaintiffs

7

Received by:
Default Mail Department

DEC 27 2011

Fort Mill, South Carolina

8                      IN THE SUPERIOR COURT

9              COUNTY OF YUMA, STATE OF ARIZONA

10

11   LYNN TILSON and JAMES TILSON,   )   Case No · S-1400-CV-2011-01574
                                     )
12   husband and wife,               )
                                     )
13              Plaintiffs,          )   TEMPORARY RESTRAINING ORDER
                                     )   WITHOUT NOTICE
14   vs.                             )
                                     )
15   U. S. BANK NATIONAL ASSOCIATION, a )
                                     )
16   Business Entity, form unknown; WELLS )
                                     )
17   FARGO BANK N A., an Arizona     )
                                     )
18   Corporation, form unknown; AMERICA'S )
                                     )
19   SERVICING COMPANY, INC., a business )
                                     )
20   entity, form unknown; and DOES 1 through )
                                     )
21   50, inclusive,                  )
                                     )
22              Defendants.          )
                                     )
23   _____ )

24   TO·

25

RECEIVED
DEC 30 2011
DOS

1  U S. BANK NATIONAL ASSOCIATION, a Business Entity, form unknown, WELLS

2  FARGO BANK N. A., an Arizona Corporation, form unknown; AMERICA'S SERVICING

3  COMPANY, INC., a business entity, form unknown; and DOES 1 through 50, inclusive, and

4  their respective Counsel;

5       This matter having come on before the Court on Plaintiffs' Motion for Temporary

6  Restraining Order Without Notice, and the Court having considered the allegations of the

7  Motion, and Plaintiffs' attorney having certified to the Court in writing the reasons supporting

8  Plaintiffs' claim that notice should not be required, and it appearing that immediate and

9  irreparable injury, loss and damage will result to Plaintiffs before notice can be given to

10  Defendants or Defendants' attorneys and a Complaint can be filed, and Defendants can Answer

11  in opposition, and good cause appearing therefor,

12       IT IS HEREBY ORDERED that a temporary restraining order be issued immediately,

13  restraining defendant, defendants' attorneys, officers, agents, servants, employees, and any and

14  all other persons in active concert or participation with them, from executing the trustee sale on

15  the property located at 115 West 4th Street, Yuma, Arizona, 85364.

16       IT IS FURTHER ORDERED that, unless further extended by Order of this Court, this

17  Temporary Restraining Order shall remain in force and effect pending filing of a Complaint

18  based on these allegations, but in any event no later than  12/28/11                         .

19       IT IS FURTHER ORDERED, pursuant to Rule 65(e), ARiz.R.Civ P , that Plaintiffs shall

20  not file a bond, as the real estate at issue in this matter shall be sufficient surety.

21       DONE IN OPEN COURT this  15th  day of December 2011

    IT IS FURTHERED ORDERED

22  Setting a hearing on December

23  28, 2011 at 3:00pm in Division  By: _Andrew W Gould_

    3.                Judge of the Superior Court

24

25

S1400CV201101554

# IN THE SUPERIOR COURT
## YUMA COUNTY, STATE OF ARIZONA

| | |
|---|---|
| **Judge: Honorable Larry C. Kenworthy** | **Lynn Fazz, Clerk of the Superior Court** |
| **Division: 3** | **By: Ruth E. Megui, Deputy Clerk** |
| **Court Reporter: None** | **Hearing Date: 01/11/2012** |

| | |
|---|---|
| In re the matter of:<br>**LYNN TILSON, et al.** | **CASE NO: S1400CV201101554** |
| **Plaintiffs,** | **TEMPORARY RESTRAINING ORDER (CONTINUED)** |
| **and** | |
| **U.S. BANK NATIONAL ASSOCIATION, et al.**<br>**Defendants.** | START: 8:33 A.M.<br>END: 8:46 A.M. |

This matter comes properly before the Court for hearing continued Temporary Restraining Order. Plaintiffs, Lynn Tilson and James Tilson, appear in *propria persona*; there are no other appearances.

Prior to the Court reconvening in this matter the following Plaintiffs' Exhibit is marked for identification: #2 (Return Receipts).

Mr. Tilson is sworn and examined.

The Court finds good cause for extending the Temporary Restraining Order pursuant to Rule 65 (D).

IT IS ORDERED continuing the hearing to January 25, 2012 at 8:30 a.m. in Division 3.

IT IS ORDERED Mr. Tilson shall prepare and provide the form of Order to the Court for signature.


cc:
JAMES TILSON – EMAILED

U.S. BANK NATIONAL ASSOCIATION
WELLS FARGO, NA
C/O A.S.C.
3476 STATE VIEW BLVD.
BANKRUPTCY MAC #7801-014
FT. MILLS, SC 29715

FIRST AMERICAN TITLE
6 CAMPUS CIRCLE, 2ND FLOOR
WESTLAKE, TX 76262

Gregory J. Marshall (#019886)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
gmarshall@swlaw.com
Attorneys for Defendant Wells Fargo Bank, N.A.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| LYNN TILSON and JAMES TILSON, husband and wife, | No. S1400 CV2011-01554 |
| Plaintiffs, | **WELLS FARGO BANK, N.A.'S NOTICE OF APPEARANCE** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Gregory J. Marshall of the law firm Snell &

Wilmer L.L.P. is appearing as counsel for Defendant Wells Fargo Bank, N.A. dba

America's Servicing Company.

DATED this 13th day of January, 2012.

SNELL & WILMER L.L.P.

By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Gregory J. Marshall
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Attorneys for Defendants U.S. Bank
National Association and Wells Fargo Bank,
N.A.

Snell & Wilmer

**ORIGINAL** of the foregoing Federal Expressed this 13th day of January, 2012 to the Yuma County Clerk.

**COPY** of the foregoing mailed this 13th day of January, 2012 to:

James Neal Tilson
JAMES NEAL TILSON
ATTORNEY AT LAW, P.C.
141 South Madison Avenue
Yuma, Arizona 85364

14298040 1

- 2 -